BLAIR ET AL. *v.* RUTENFRANZ.

APPEAL from the Daviess Circuit Court.

DOWNEY, J.—The questions in this case, which is founded on an appeal bond given in an appeal in a liquor license

case, are the same as in *Blair* v. *Kilpatrick, ante,* p. 312; and for the reasons there given the judgment is reversed, and the cause remanded, with instructions to grant a new trial.

*D. F. Embree* and *W. M. Land,* for appellants.

*J. Baker,* for appellee.